THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLETHA ALLISON, ALESHIA ANDERSON, RASHAAD DANIELS, LAMOUNT EVANS, SHAWN MAYER, KION MCLEMORE, RAYMOND MCNALLY, FRANCES VASQUE, SHAKURA FELDER, AND WILLIAM WIMBERLY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; INTEGRITY STAFFING SOLUTIONS, INC.; AF OPERATIONS, LLC; SMX, LLC; AND DOES 1-50 JOINTLY AND SEVERALLY,<br><br>Defendants. | No. 2:13-cv-01612-RSL<br><br>STIPULATED MOTION AND ORDER<br><br>NOTE FOR MOTION CALENDAR: DECEMBER 4, 2013 |

Plaintiffs Willetha Allison, Aleshia Anderson, Rashaad Daniels, Lamount Evans, Shawn Mayer, Kion McLemore, Raymond McNalley, Frances Vasque, Shakura Felder, and William Wimberley ("Plaintiffs") and Defendants Amazon.com, Inc. ("Amazon"), AF Operations LLC ("AF"), and SMX, LLC ("SMX," and, collectively with Plaintiffs, Amazon, and AF, "the Parties"), by and through their respective counsel of record, after having met and conferred telephonically and by e-mail on November 20, 25, and 26, and December 2 and 3, 2013.

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 1

## **PROPOSED SCHEDULE**

The parties hereby jointly move the Court to schedule motion filing and briefing deadlines in this litigation as described below, in order to provide an orderly schedule for disposition of the various pending and future potential motions and to limit the possibility of duplicative and wasteful briefing, subject to the Court's approval.  The Parties request the following motion filing and briefing schedule be set:

| DATE | NATURE OF FILING |
|---|---|
| 12/20/13 | Plaintiffs' Second Amended Complaint |
| 1/17/14 | Defendants' deadline to Answer, Move, or otherwise Respond to the Second Amended Complaint |
| 2/10/14 | Defendants' deadline to Oppose Plaintiffs' Motion for Conditional Certification |
| 2/14/14 | Noting date and reply deadline for Plaintiffs' Motion for Conditional Certification filed on or before December 20, 2013 |

The purpose of this Stipulation and proposed Order is to afford the Plaintiffs the opportunity to file a Second Amended Complaint, set uniform schedules for all Defendants' briefing, and give the Court the opportunity to address certain threshold issues, including whether this case should remain pending in this jurisdiction, before Defendants are required to oppose Plaintiffs' Motion for Conditional Certification.  The above schedule also will increase the likelihood that the Judicial Panel on Multidistrict Litigation will decide in connection with *In re Amazon*, MDL Case No. 2504, whether this case should be consolidated with numerous other cases raising similar issues and, if so, in what court.

This stipulation and the above briefing schedule are entered into without any of the Parties waiving their rights to file (i) any answer, motion, or other response to the Second Amended Complaint in advance of the January 17, 2014 deadline set forth above; (ii) any motion for relief from deadlines, including but not limited to relief from the deadlines set forth above; and (iii) any motion or other filing seeking or opposing equitable tolling.

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 2

24976-0171/LEGAL28639551.1

Defendant Integrity Staffing Solutions, Inc. has advised the Parties that it is not opposed to this Stipulated Motion, but because it asserts that the Court has no personal jurisdiction over it and that venue is not proper in this Court, it does not formally enter an appearance for the purposes of addressing this Stipulated Motion.

**STIPULATED, AGREED AND CONSENTED TO BY:**

| | | |
|---|---|---|
| BY: s/Jacob R. Rusch<br>Jacob R. Rusch* (*consented*)<br>Timothy J. Becker*<br>JOHNSON BECKER, PLLC<br>33 South Sixth Street, Suite 4530<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 436-1800<br>Facsimile: (612) 436-1801<br>tbecker@johnsonbecker.com<br>jrusch@johnsonbecker.com<br><br>Adam J. Berger, WSBA #20714<br>Rebecca J. Roe, WSBA #7560<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Telephone: (206) 622-8000<br>Facsimile: (206) 682-2305<br>berger@sgb-law.com<br>roe@sgb-law.com<br><br>Jason J. Thompson*<br>Jesse L. Young*<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, Suite 1700<br>Southfield, Michigan 48076<br>248-355-0300<br>jthompson@sommerspc.com<br>jyoung@sommerspc.com<br><br>Steven R. Maher*<br>Senthia Santana*<br>MAHER LAW FIRM, P.A.<br>631 West Morse Blvd., Suite 200<br>Winter Park, FL 32789<br>Telephone: (407) 839-0866<br>smaher@maherlawfirm.com<br>sdtowery@maherlawfirm.com<br><br>*Attorneys for Plaintiffs* | BY: s/Chelsea Dwyer Petersen<br>Chelsea Dwyer Petersen,<br>WSBA #33787<br>PERKINS COIE LLP<br>1201 Third Avenue,<br>Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>CDPetersen@perkinscoie.com<br><br>Richard G. Rosenblatt*<br>Joseph A. Nuccio*<br>MORGAN, LEWIS &<br>BOCKIUS, LLP<br>502 Carnegie Center<br>Princeton, NJ 08540<br>Telephone: (609) 919-6600<br>Facsimile: (609) 919-6701<br>rrosenblatt@morganlewis.com<br>jnuccio@morganlewis.com<br><br>Rebecca Eisen*<br>Theresa Mak*<br>MORGAN, LEWIS &<br>BOCKIUS, LLP<br>One Market,<br>Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>reisen@morganlewis.com<br>tmak@morganlewis.com<br><br>*Attorneys for Defendant<br>Amazon.com, Inc.* | BY: s/William F. Dolan<br>William F. Dolan*<br>(*consented*)<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: (312) 269-4362<br>Facsimile: (312) 782-8585<br>wdolan@jonesday.com<br><br>Michael D. McKay, WSBA #7040<br>Thomas M. Brennan, WSBA<br>#30662<br>McKAY CHADWELL, PLLC<br>600 University Street, Suite 1601<br>Seattle, WA 98101-4124<br>Telephone: (206) 233-2800<br>Facsimile: (206) 233-2809<br>mdm@mckay-chadwell.com<br>tmb@mckay-chadwell.com<br><br>*Attorneys for Defendant<br>SMX, LLC* |

Dated: December 4, 2013                              * admitted *pro hac vice*

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 3

24976-0171/LEGAL28639551.1

IT IS SO ORDERED.

Dated:  December 6, 2013

                                                                                                */s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik
United States District Court Judge

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 4

24976-0171/LEGAL28639551.1